# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| CITIMORTGAGE, INC. S/B/M ABN AMRO MORTGAGE GROUP INC. | : No. 860 MAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court |
| v. | |
| JEFFREY F. KRATZ AND MARGUERITE F. KRATZ | :<br>:<br>:<br>:<br>: |
| PETITION OF: JEFFREY F. KRATZ | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2015, the Petition for Allowance of Appeal and Application for Leave to File an Ancillary Pleading are **DENIED**.

    Mr. Justice Stevens did not participate in the consideration or decision of this matter.